UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                No. C-15-2958 EMC (pr)

C. RAMIREZ
(CDCR # J-82746),

**ORDER OF DISMISSAL**

      Plaintiff.

_____/

      This action was opened on June 25, 2015, when the Court received from C. Ramirez a letter concerning his prison conditions. On that date, the Court notified Mr. Ramirez in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Ramirez did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: September 14, 2015

_____
EDWARD M. CHEN
United States District Judge